AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beezer, Robert R | U.S. Court of Appeals-9th Cir. | 03/31/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 Park Place Building <br> 1200 Sixth Avenue <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 See Part VIII B |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| Beezer, Robert R | | 03/31/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Northwestern Law School | Air transportation, lodging, food provided in kind plus the sum of $ 77 for local travel March 2-5, 2005 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. 2005 Honorary membership** | The Rainier Club, Seattle, WA | $ 0.0 |
| 2. 2005 Honorary membership** | The Harbor Club, Seattle, WA | $ 0.0 |
| 3. **See Part VIII A | | $ 0.0 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Coca Cola, Common | D | Dividend | M | T | | | | | |
| 2. American Telephone Corp, Common | B | Dividend | | | | | | | See Part VIII C.3 |
| 3. Bell South, Common | C | Dividend | L | T | | | | | |
| 4. Verizon Communications, Common | C | Dividend | L | T | | | | | |
| 5. ATT, Inc. formerly SBC Communications, Inc., Common | C | Dividend | L | T | | | | | See Part VIII C.3 |
| 6. Fortune Brands, Common | B | Dividend | M | T | | | | | See Part VIII C.4 |
| 7. Exxon, Common | D | Dividend | O | T | | | | | |
| 8. Ford Motor, Common | A | Dividend | K | T | | | | | |
| 9. U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 10. Merrill Lynch Mun. Bond Fund | D | Interest | M | T | | | | | See Part VIII C.1 |
| 11. Proc. & Gamble, Common | D | Dividend | N | T | | | | | |
| 12. Union Bank of Calif., Seattle, | B | Interest | M | T | | | | | |
| 13. Bethlehem Steel, Common | | None | J | T | | | | | |
| 14. U.S. Treasury Bond 10-5/8 (2015) | D | Interest | M | T | | | | | |
| 15. Bank of America, Common | D | Dividend | M | T | | | | | |
| 16. Scottish Power, Common | A | Dividend | K | T | | | | | |
| 17. Puget Sound Energy, Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Edison International, Common | B | Dividend | L | T | | | | | |
| 19. Aegon, Common | A | Dividend | J | T | | | | | |
| 20. Ft. Dearborn, Common | A | Dividend | J | T | | | | | |
| 21. Tri Continental, Common | A | Dividend | K | T | | | | | See Part VIII C.1 |
| 22. General Electric, Common | C | Dividend | M | T | | | | | |
| 23. Dow Chemical, Common | A | Dividend | J | T | | | | | |
| 24. Clorox, Common | A | Dividend | K | T | | | | | |
| 25. Int. Paper, Common | A | Dividend | J | T | | | | | |
| 26. IBM, Common | A | Dividend | L | T | | | | | |
| 27. T. Rowe Price, New Era | D | Dividend | N | T | | | | | See Part VIII C.1 |
| 28. T. Rowe Price, New Horizons | C | Dividend | M | T | | | | | See Part VIII C.1 |
| 29. NL Industries, Common | A | Dividend | J | T | | | | | |
| 30. Bank of America, Savings | A | Interest | L | T | | | | | |
| 31. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 32. Great Northern Iron Ore Trust Certificate | B | Dividend | K | T | | | | | |
| 33. Treasury Direct (No. 1) | D | Interest | N | T | | | | | See Part VIII C.2 |
| 34. Treasury Direct (No. 2) | E | Interest | O | T | | | | | See Part VIII C.2 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Natural Resources, Common | A | Dividend | J | T | | | | | |
| 36. Starbucks, Conunon | | None | L | T | | | | | |
| 37. US Bank, Seattle | A | Interest | L | T | | | | | |
| 38. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 39. Washington Mutual Savings, Seattle | A | Interest | M | T | | | | | |
| 40. Wells Fargo Bank,Seattle | C | Interest | M | T | | | | | |
| 41. Vodafone, Common | A | Dividend | K | T | | | | | |
| 42. Cytec, Common | A | Dividend | J | T | | | | | |
| 43. Tesoro, Common | A | Dividend | K | T | | | | | |
| 44. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 45. Lucent Technology, Common | | None | K | T | | | | | |
| 46. NCR Corp., Common | | None | J | T | | | | | See Part VIII C.5 |
| 47. Gallaher, ADRS | C | Dividend | M | T | | | | | |
| 48. Qwest, , Common | | None | J | T | | | | | |
| 49. Citigroup, Common | A | Dividend | J | T | | | | | |
| 50. Halliburton, Common | A | Dividend | J | T | | | | | |
| 51. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Avaya Communications, Common | | None | J | T | | | | | |
| 53. Visteon Corporation, Common | A | Dividend | J | T | | | | | |
| 54. Minnesota GO 2010 5% | C | Interest | M | T | | | | | |
| 55. Home Street Bank, Seattle | B | Interest | M | T | | | | | |
| 56. Washington Federal S&L, Seattle | B | Interest | M | T | | | | | |
| 57. Verity Credit Union | A | Interest | K | T | | | | | |
| 58. St. Paul Travelers | A | Dividend | J | T | | | | | |
| 59. Comcast, Class A, Common | | None | K | T | | | | | |
| 60. Treasury Direct No. 3 | E | Interest | O | T | | | | | See Part VIII C.2 |
| 61. Kronos Worldwide | A | Dividend | J | T | | | | | |
| 62. St. Paul Travelers Companies, Inc. | A | Dividend | J | T | | | | | |
| 63. Acco Brands | A | Dividend | J | | | | | | See Part VIII C.4 |
| 64. Agere Systems, Common | | None | J | | | | | | See Part VIII C.6 |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A. Explanation for Part V:  Gifts

**These memberships are limited to signing privileges and permit use of club facilities.  They do not have a fixed monetary value but each is estimated to have a value in excess of $250.00

B. Explanation for Part I:  Positions.  Also, Part VII:  Investments and Trusts

Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1.  During 2005, the trust received income in an amount of Income Code E.

As of December 31, 2005, Trust #1 held assets as follows:

| Item | Value Code | |
|---|---|---|
| Shares of General Electric, Common | J | |
| U.S. Treasury Bonds 10-5/8 due 2015 | M | |
| Shares of AT&T, Inc., formerly  SBC Communications, Inc., Common | | K, See Part VIII C.3 |
| Checking account, Union Bank of California, Seattle, WA | J | |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

C. Explanation for Part VII:  Investments and Trusts

1.  Dividend reinvestments resulted in the the receipt of additional shares from the following firms during calendar year 2005 as follows:

Merrill Lynch Municipal Bond Fund
Tri Continental Corporation
T. Rowe Price, New Era Fund
T. Rowe Price, New Horizon

2.  All treasury bills were maintained in Treasury Direct accounts and are reported in 2005 as a single entry.  During 2005, principal deposits were made to these accounts in the following amounts:

Account No. 1   Value Code
Account No. 2   Value Code
Account No. 3   Value Code

3.  On January 31, 2005, SBC Communications, Inc. ("SBC") announced an agreement to acquire AT&T Corp. ("old AT&T"), which was completed on November 18, 2005.  After the closing of the acquisition, SBC changed its corporate name to AT&T Inc. ("new AT&T").  Shares of common stock of the new AT&T were received in exchange for shares of old AT&T common stock.  As part of that acquisition, each share of old AT&T common stock was converted into .77942 of a share of the new AT&T stock.

4.  On August 17, 2005, Fortune Brands, Inc.'s ("Fortune Brancs") spun-off its ACCO World office products business and ACCO World's merger with General Binding Corporation ("GBC") were completed, creating ACCO Brands Corporation ("ACCO Brands").  As a Fortune Brands shareholder of record as of August 9, 2005, shareholder received one share of ACCO Brands common stock for every 4.255 shares of Fortune Brands common stock owned by shareholder.

5.  On January 31, 2005, all NCR stockholders of record as of the close of the market on December 31, 2005 received an additional share of NCR common stock for each share owned.

6.  On May 27, 2005, Agere Systems reclassified its Class A common stock and Class B common stock into a new, single class of common stock and completed a 1-for-10 reverse stock split.

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/31/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _March 31, 2006_

NOTE: ANY INDIVIDUAL WHO █████████ IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544